IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD WHITE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| GLOBAL PAYMENTS, INC., NDC | ) CIVIL ACTION NO.: CV 2009-162 |
| CHECK SERVICES, INC. and UNITED | ) |
| RESOURCE SYSTEMS, INC., | ) |
|  | ) |
| Defendants. | ) |

### DEFENDANT'S NOTICE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, the following discovery materials have been served on opposing counsel on the 28th day of July 2009:

1. Defendant, United Resource Systems, Inc.'s, First Request for Production to Plaintiff; and

2. Defendant, United Resource Systems, Inc.'s, First Request for Admission to Plaintiff.

W. Christian Hines, III   (HINEW4358)
ASB 4358-N77W
Starnes & Atchison, LLP
RSA-Battle House Tower, Suite 20290
11 North Water Street
Post Office Box 1548
Mobile, AL 36633-1548
Telephone: (251) 433-6049
Fax: (251) 433-5901
E-mail: wch@starneslaw.com

1

{B1030075}

J. Bentley Owens, III
ASB 1986-O44J
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: jbo@starneslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on July 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Riemer, Esq.
Post Office Box 1206
Mobile, AL 36633

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid, the document to the following non-CM/ECF participants:

Nicholas P. Panayotopoulos, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 E. Paces Ferry Road
Suite 3000
Atlanta, GA 30326

_____
OF COUNSEL