

**3-in-1 Credit Report as of March 26, 2007**

| Name: | RONALD WHITE |
|---|---|

This credit report is available for you to view until 05/01/2007 This report will not update. If you would like a credit report as of a later date, you may order another one in the Member Center.

| Section Title | Section Description |
|---|---|
| 1. Personal Information | Personal data, addresses, employment history |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Collections | Accounts turned over to collection agencies |
| 5. Public Records | Bankruptcies, liens, garnishments and other judgments |
| 6. Consumer Statement | Letter added to credit file written by consumer |
| 7. Dispute File Information | How to dispute information found on this credit report |

**Personal Information**

This 3-in-1 Credit Report is available for you to view until 05/01/2007. This report will not update. If you would like a current 3-in-1 Credit Report, you may order another by clicking "Order New Report" above.

**Registration Information**

**Name:** RONALD WHITE
**Address:** 407 HOUNDS RUN E MOBILE, AL 366085404
**Social Security Number**

The following information is from the three nationwide credit reporting agencies.

**Identification Information**

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Reported | Reported | Reported |
| Name: | RONALD SCOTT WHITE | RONALD SCOTT WHITE | RONALD SC WHITE |
| Social Security Number: | | | |
| Age or Date of Birth: | 08/1968 | | 08/1968 |

## Address Information

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Reported | Reported | Reported |
| Address: | 436 JEFFERSON STREET EXT | 436 JEFFERSON STREET EXT | 436 JEFFERSON EXT ST |
|  | NEWNAN GA 30263 | NEWNAN GA 30263 | NEWNAN GA 30263 |
| Date Reported: | 01/2007 | 01/2007 | 07/2006 |
|  | Reported | Reported | Reported |
| Address: | 407 HOUNDS RUN E | 407 HOUNDS RUN W | 407 E HOUNDS RN |
|  | MOBILE AL 36608 | MOBILE AL 36608 | MOBILE AL 36608 |
| Date Reported: | 10/2004 | 05/2006 | 03/2006 |
|  | Reported | Reported | Reported |
| Address: | 9635 HANFORD CT | 308 W 8TH ST APT 8 | 50668 POB 50668 |
|  | MOBILE AL 36695 | WEST POINT GA 31833 | MOBILE AL 36605 |
| Date Reported: | 05/2006 | 04/2006 |  |

## Employment Information

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Reported | Reported | Reported |
| Employer: | LEISURE VIDEO | WEDDING MED GROUP | WEDDING MED GROUP |
| Address: |  |  |  |
|  |  |  |  |
| Date Reported: |  | 09/2005 | 09/2005 |
|  | Reported | Reported | Not Reported |
| Employer: | ARCON ENGINEERING INC | ARKON ENGINEERING |  |
| Address: |  |  |  |
|  |  |  |  |
| Date Reported: |  | 10/1996 |  |

⬆ Back to Top

## Account Information

### Key

| KEY: Meaning | Pays or Paid as Agreed | 30 Days Past | 60 Days Past | 90 Days Past | 120+ Days Past Due/ Collection | Payment Plan | Repossession or Foreclosure | Charged Off to bad debt | Not Reported |
|---|---|---|---|---|---|---|---|---|---|

White000045

| Symbol | * | Due 30 | Due 60 | Due 90 | Account 120 | PP | RF | CO | NR |
|--------|---|--------|--------|--------|-------------|----|----|----|----|

**AMEX**

|  | Equifax | Experian | TransUnion |
|--|---------|----------|------------|
|  | Reported | Reported | Not Reported |
| Account Type: | Open | Revolving | |
| Account Number: | | | |
| Payment Responsibility: | Individual | Individual | |
| Date Opened: | 03/2004 | 03/2004 | |
| Balance Date: | 10/2006 | 10/2005 | |
| Balance Amount: | $3,526 | $11,813 | |
| Monthly Payment: | $0 | | |
| High/Limit: | $14,099 | $11,813 | |
| Account Status: | Collection | Collection | |
| Past Due Amount: | $3,526 | $7,014 | |
| Comments: | CHARGED OFF ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR CHARGED OFF ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR | LAST REPORTED DELINQUENCIES: 10/2005=R CHARGE OFF ACCOUNT CLOSED BY CREDIT GRANTOR LAST REPORTED DELINQUENCIES: 10/2005=R CHARGE OFF ACCOUNT CLOSED BY CREDIT GRANTOR | |

**AMEX**

PO Box 297871
Fort Lauderdale, FL 333297871
(800) 874-2717

**24-Month Payment History**

| Equifax |
|---------|
| No 24-Month Payment Data available for display. |

**Experian**

| CO | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |

White000046

| 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 03 | 03 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

### Seven-Year Payment History

|                    | Equifax | Experian | TransUnion |
|--------------------|---------|----------|------------|
| 30 Days Past Due:  | 0       | 0        |            |
| 60 Days Past Due:  | 0       | 0        |            |
| 90 Days Past Due:  | 0       | 0        |            |

### BADCOCK FURNITURE

|                          | Equifax                                          | Experian     | TransUnion   |
|--------------------------|--------------------------------------------------|--------------|--------------|
|                          | Reported                                         | Not Reported | Not Reported |
| Account Type:            | Revolving                                        |              |              |
| Account Number:          |                                                  |              |              |
| Payment Responsibility:  | Individual                                       |              |              |
| Date Opened:             | 07/2004                                          |              |              |
| Balance Date:            | 08/2005                                          |              |              |
| Balance Amount:          | $0                                               |              |              |
| Monthly Payment:         |                                                  |              |              |
| High/Limit:              | $1,500                                           |              |              |
| Account Status:          | As Agreed                                        |              |              |
| Past Due Amount:         | $0                                               |              |              |
| Comments:                | AMT IN HIGH CREDIT IS CREDIT LIMIT CHARGE        |              |              |

### BADCOCK FURNITURE

196 Temple Ave
Newnan, GA 302631658
(770) 251-4935

### 24-Month Payment History

| Equifax |
|---------|

|     |     |     |     |     |     |     |     |     |     |     |     | NR  | NR  | NR  | NR  | NR  | NR  | NR  | NR  | NR  | NR  | NR  | NR  |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |

White000047

| 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 03 | 03 | 03 | 03 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

**Seven-Year Payment History**

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | | |
| 60 Days Past Due: | 0 | | |
| 90 Days Past Due: | 0 | | |

**BADCOCK HOME FURNISHINGS**

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Reported | Not Reported | Reported |
| Account Type: | Revolving | | Revolving |
| Account Number: | | | |
| Payment Responsibility: | Individual | | Individual |
| Date Opened: | 06/2000 | | 06/2000 |
| Balance Date: | 09/2003 | | 09/2003 |
| Balance Amount: | $0 | | $0 |
| Monthly Payment: | | | |
| High/Limit: | $2,400 | | $2,400 |
| Account Status: | As Agreed | | As Agreed |
| Past Due Amount: | $0 | | $0 |
| Comments: | AMT IN HIGH CREDIT IS CREDIT LIMIT CHARGE | | |

**BADCOCK HOME FURNISHINGS**

3008C Dauphin Island Pkwy
Mobile, AL 366053835
(334) 476-6865

**24-Month Payment History**

| Equifax |
|---|

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

White000048

| 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 01 | 01 | 01 |

**TransUnion**

| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |

| 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 01 | 01 | 01 | 01 |

Seven-Year Payment History

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 |  | 0 |
| 60 Days Past Due: | 0 |  | 0 |
| 90 Days Past Due: | 0 |  | 0 |

## CHASE/CIRCUIT CITY

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Reported | Reported | Reported |
| Account Type: | Revolving | Revolving | Revolving |
| Account Number: |  |  |  |
| Payment Responsibility: | Individual | Individual | Individual |
| Date Opened: | 02/2004 | 02/2004 | 02/2004 |
| Balance Date: | 03/2007 | 03/2007 | 03/2007 |
| Balance Amount: | $923 | $923 | $923 |
| Monthly Payment: | $32 | $32 | $32 |
| High/Limit: | $1,000 | $1,000 | $1,323 |
| Account Status: | As Agreed | As Agreed | As Agreed |
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | CREDIT CARD AMT IN HIGH CREDIT IS CREDIT LIMIT | CURRENT ACCOUNT |  |

## CHASE/CIRCUIT CITY

225 Chastain Meadows Ct NW
Kennesaw, GA 301445841
(800) 477-6761

White000049

**24-Month Payment History**

**Equifax**

| Mar 07 | Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Experian**

| Mar 07 | Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**TransUnion**

| Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Seven-Year Payment History**

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

**GEMB/BELK**

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Reported | Reported | Reported |
| Account Type: | Revolving | Revolving | Revolving |
| Account Number: | | | |
| Payment Responsibility: | Individual | Individual | Individual |
| Date Opened: | 06/1997 | 06/1997 | 06/1997 |
| Balance Date: | 03/2007 | 02/2007 | 03/2007 |
| Balance Amount: | $189 | $157 | $189 |
| Monthly Payment: | $10 | $10 | $10 |
| High/Limit: | $1,000 | $1,000 | $1,000 |

| Account Status: | As Agreed | As Agreed | As Agreed |
|---|---|---|---|
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | AMT IN HIGH CREDIT IS CREDIT LIMIT CHARGE ACCOUNT TRANSFERRED OR SOLD CHARGE ACCOUNT TRANSFERRED OR SOLD CHARGE | CURRENT ACCOUNT TRANSFERRED TO ANOTHER LENDER CURRENT ACCOUNT | PURCHASED BY ANOTHER LENDER ACCOUNT TRANSFERRED |

## GEMB/BELK

PO Box 981400
El Paso, TX 799981400

### 24-Month Payment History

| | | | | | | | | | | | Equifax | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
| 07 | 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

| | | | | | | | | | | | Experian | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

| | | | | | | | | | | | TransUnion | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

### Seven-Year Payment History

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

## GEMB/JC PENNEY

| Equifax | Experian | TransUnion |
|---|---|---|

| | Reported | Reported | Reported |
|---|---|---|---|
| Account Type: | Revolving | Revolving | Revolving |
| Account Number: | | | |
| Payment Responsibility: | Individual | Individual | Individual |
| Date Opened: | 04/1998 | 04/1998 | 04/1998 |
| Balance Date: | 02/2007 | 03/2007 | 02/2007 |
| Balance Amount: | $133 | $552 | $133 |
| Monthly Payment: | $15 | $27 | $15 |
| High/Limit: | $800 | $800 | $800 |
| Account Status: | As Agreed | As Agreed | As Agreed |
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | AMT IN HIGH CREDIT IS CREDIT LIMIT CHARGE | CURRENT ACCOUNT | |

GEMB/JC PENNEY

PO Box 981402
El Paso, TX 799981402
(800) 542-0800

### 24-Month Payment History

#### Equifax

| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

#### Experian

| Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

#### TransUnion

| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

### Seven-Year Payment History

White000052

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

## HOUSEHOLD CREDIT SERVICES

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Reported | Reported | Reported |
| Account Type: | Revolving | Revolving | Revolving |
| Account Number: | | | |
| Payment Responsibility: | Individual | Individual | Individual |
| Date Opened: | 12/1999 | 12/1999 | 12/1999 |
| Balance Date: | 02/2007 | 02/2007 | 02/2007 |
| Balance Amount: | $1,328 | $1,328 | $1,328 |
| Monthly Payment: | $49 | $49 | $49 |
| High/Limit: | $1,450 | $1,450 | $1,512 |
| Account Status: | As Agreed | As Agreed | As Agreed |
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | AFFECTED BY NATURAL DISASTER CREDIT CARD | CURRENT ACCOUNT | AFFECTED BY NATURAL DISASTER |

### HOUSEHOLD CREDIT SERVICES

PO Box 98706
Las Vegas, NV 891938706
(800) 477-6000

### 24-Month Payment History

| Equifax | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

**Experian**

| Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**TransUnion**

| Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 | Feb 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Seven-Year Payment History**

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

**NDC CK SVC**

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Not Reported | Not Reported | Reported |
| Account Type: |  |  | Open |
| Account Number: |  |  |  |
| Payment Responsibility: |  |  | Individual |
| Date Opened: |  |  | 05/2005 |
| Balance Date: |  |  | 10/2005 |
| Balance Amount: |  |  | $689 |
| Monthly Payment: |  |  |  |
| High/Limit: |  |  | $689 |
| Account Status: |  |  | Collection |
| Past Due Amount: |  |  | $689 |
| Comments: |  |  | ACCOUNT CHARGED TO PROFIT AND LOSS |

White000054

NDC CK SVC

PO BOX 61158
CHICAGO, IL 60666
(877) 215-8117

**24-Month Payment History**

No 24-Month Payment Data available for display.

**Seven-Year Payment History**

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
| **30 Days Past Due:** | | | 0 |
| **60 Days Past Due:** | | | 0 |
| **90 Days Past Due:** | | | 0 |

**NISSAN MOTOR ACCEPTANCE**

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Reported | Reported | Reported |
| **Account Type:** | Installment | Installment | Installment |
| **Account Number:** | | | |
| **Payment Responsibility:** | Individual | Individual | Individual |
| **Date Opened:** | 09/2005 | 09/2005 | 09/2005 |
| **Balance Date:** | 02/2007 | 02/2007 | 02/2007 |
| **Balance Amount:** | $23,350 | $23,350 | $23,350 |
| **Monthly Payment:** | $497 | $497 | $497 |
| **High/Limit:** | $29,328 | $29,328 | $29,328 |
| **Account Status:** | As Agreed | As Agreed | As Agreed |
| **Past Due Amount:** | $0 | $0 | $0 |
| **Comments:** | | CURRENT ACCOUNT | |

**NISSAN MOTOR ACCEPTANCE**

Human Resources
7900 Ridgepoint Dr
Irving, TX 750633153
(214) 596-4000

White000055

## 24-Month Payment History

**Equifax**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

**Experian**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | NR | NR | NR | NR | NR | NR | NR |
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

**TransUnion**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | NR | * | * | * | * | * | * | * | NR | NR | * | * | * | * | * | NR | NR | NR | NR | NR | NR | NR | NR |
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
| 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

## Seven-Year Payment History

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| **30 Days Past Due:** | 0 | 0 | 0 |
| **60 Days Past Due:** | 0 | 0 | 0 |
| **90 Days Past Due:** | 0 | 0 | 0 |

## Regions Bk DBA Amsouth

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Reported | Reported | Reported |
| **Account Type:** | Installment | Installment | Installment |
| **Account Number:** | [redacted] | [redacted] | [redacted] |
| **Payment Responsibility:** | Individual | Individual | Individual |
| **Date Opened:** | 08/2005 | 08/2005 | 08/2005 |
| **Balance Date:** | 12/2005 | 10/2005 | 10/2005 |
| **Balance Amount:** | $0 | $0 | $0 |
| **Monthly Payment:** | | | |
| **High/Limit:** | $10,025 | $10,025 | $10,025 |

| | | | |
|---|---|---|---|
| **Account Status:** | As Agreed | As Agreed | As Agreed |
| **Past Due Amount:** | $0 | $0 | $0 |
| **Comments:** | ACCOUNT CLOSED AT CONSUMER'S REQUEST DEPOSIT RELATED | ACCOUNT PAID SATISFACTORILY ACCOUNT CLOSED BY CONSUMER | ACCOUNT CLOSED BY CONSUMER |

## Regions Bk DBA Amsouth

720 39th St N
Birmingham, AL 352221112
(205) 326-5120

### 24-Month Payment History

**Equifax**

No 24-Month Payment Data available for display.

**Experian**

| NR | * | * | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 03 | 03 |

**TransUnion**

| * | * | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
| 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 04 | 03 | 03 | 03 |

### Seven-Year Payment History

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| **30 Days Past Due:** | 0 | 0 | 0 |
| **60 Days Past Due:** | 0 | 0 | 0 |
| **90 Days Past Due:** | 0 | 0 | 0 |

## TRANSOUTH FINANCIAL

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Reported | Reported | Reported |
| **Account Type:** | Installment | Installment | Installment |
| **Account Number:** | | | |
| **Payment** | Individual | Individual | Individual |

| | | | |
|---|---|---|---|
| Responsibility: | | | |
| Date Opened: | 03/2005 | 03/2005 | 03/2005 |
| Balance Date: | 02/2007 | 02/2007 | 02/2007 |
| Balance Amount: | $5,626 | $5,626 | $5,626 |
| Monthly Payment: | $199 | $199 | $199 |
| High/Limit: | $7,875 | $7,875 | $7,875 |
| Account Status: | As Agreed | As Agreed | As Agreed |
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | AUTO | CURRENT ACCOUNT | |

**TRANSOUTH FINANCIAL**

(888) 776-3780

**24-Month Payment History**

| Equifax | | | | | | | | | | | | | | | | | | | | | | NR | NR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 |

| Experian | | | | | | | | | | | | | | | | | | | | | | | NR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 |

| TransUnion | | | | | NR | | | | | | | | | | | | | | | | | NR | NR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 | Feb 05 |

**Seven-Year Payment History**

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

## UNTD RES SYS

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Not Reported | Not Reported | Reported |
| Account Type: | | | Open |
| Account Number: | | | |
| Payment Responsibility: | | | Individual |
| Date Opened: | | | 12/2003 |
| Balance Date: | | | 04/2006 |
| Balance Amount: | | | $0 |
| Monthly Payment: | | | |
| High/Limit: | | | $142 |
| Account Status: | | | Collection |
| Past Due Amount: | | | $0 |
| Comments: | | | ORIGINAL CREDITOR: MED1MOUNTAIN RADIOLOGY PAID COLLECTION |

## UNTD RES SYS

10075 W COLFAX AVE
LAKEWOOD, CO 80215
(303) 205-0152

### 24-Month Payment History

No 24-Month Payment Data available for display.

### Seven-Year Payment History

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | | | 0 |
| 60 Days Past Due: | | | 0 |
| 90 Days Past Due: | | | 0 |

## WASHMUTUAL/PROVIDIAN

| | Equifax | Experian | TransUnion |
|---|---|---|---|

| | Reported | Reported | Reported |
|---|---|---|---|
| Account Type: | Revolving | Revolving | Revolving |
| Account Number: | | | |
| Payment Responsibility: | Individual | Individual | Individual |
| Date Opened: | 04/2001 | 04/2001 | 04/2001 |
| Balance Date: | 03/2007 | 03/2007 | 03/2007 |
| Balance Amount: | $2,494 | $2,494 | $2,494 |
| Monthly Payment: | $88 | $88 | $88 |
| High/Limit: | $2,978 | $2,978 | $3,470 |
| Account Status: | As Agreed | As Agreed | As Agreed |
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | CREDIT CARD AMT IN HIGH CREDIT IS CREDIT LIMIT | CURRENT ACCOUNT | |

**WASHMUTUAL/PROVIDIAN**

PO BOX 660509
DALLAS, TX 75266-0509

**24-Month Payment History**

| | | Equifax | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
| 07 | 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

| | | Experian | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
| 07 | 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

| | | TransUnion | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

**Seven-Year Payment History**

White000060

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

## WASHMUTUAL/PROVIDIAN

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
|  | Reported | Reported | Reported |
| Account Type: | Revolving | Revolving | Revolving |
| Account Number: |  |  |  |
| Payment Responsibility: | Individual | Individual | Individual |
| Date Opened: | 11/1997 | 11/1997 | 11/1997 |
| Balance Date: | 02/2007 | 03/2007 | 02/2007 |
| Balance Amount: | $5,661 | $5,469 | $5,661 |
| Monthly Payment: | $170 | $165 | $170 |
| High/Limit: | $6,450 | $6,450 | $6,785 |
| Account Status: | As Agreed | As Agreed | As Agreed |
| Past Due Amount: | $0 | $0 | $0 |
| Comments: | CREDIT CARD AMT IN HIGH CREDIT IS CREDIT LIMIT | CURRENT ACCOUNT |  |

## WASHMUTUAL/PROVIDIAN

PO BOX 660509
DALLAS, TX 75266-0509

### 24-Month Payment History

| Equifax | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 05 |

| Experian |
|---|

White000061

| Mar 07 | Feb 07 | Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | |

| TransUnion |
|---|

| Jan 07 | Dec 06 | Nov 06 | Oct 06 | Sep 06 | Aug 06 | Jul 06 | Jun 06 | May 06 | Apr 06 | Mar 06 | Feb 06 | Jan 06 | Dec 05 | Nov 05 | Oct 05 | Sep 05 | Aug 05 | Jul 05 | Jun 05 | May 05 | Apr 05 | Mar 05 | Feb 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | |

**Seven-Year Payment History**

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| 30 Days Past Due: | 0 | 0 | 0 |
| 60 Days Past Due: | 0 | 0 | 0 |
| 90 Days Past Due: | 0 | 0 | 0 |

⬆ Back to Top

## Inquiries

### Equifax

| Name of Company | Date of Inquiry | Type of Business |
|---|---|---|
| BELLSOUTH | 06/22/06 | Utilities And Fuel |
| BELLSOUTH | 06/21/06 | Utilities And Fuel |
| AMER AUTO | 04/21/06 | Automotive |
| EMS | 04/19/06 | Miscellaneous And Public Record |
| EMS | 04/11/06 | Miscellaneous And Public Record |
| KNOLOGY | 12/27/05 | Utilities And Fuel |
| BK OF AMER | 12/23/05 | Oil And National Credit Cards |
| NMAC | 09/20/05 | Finance |
| RGNS/AMSOU | 08/01/05 | Banking |

### Experian

| Name of Company | Date of Inquiry | Type of Business |
|---|---|---|
| UNITED RECOVERY SYST | 05/15/06 | Collection Services |
| EQUIFAX MORTGAGE SER | 04/19/06 | Miscellaneous And Public Record |
| EQUIFAX MORTGAGE SER | 04/11/06 | Miscellaneous And Public Record |
| SMOKERISE MANAGEMENT | 03/29/06 | Real Estate And Public Accommodation |

White000062

| BANK OF AMERICA | 03/06/06 | Banking |
| GLOBAL PAYMENTS | 09/14/05 | Miscellaneous And Public Record |

### TransUnion

| Name of Company | Date of Inquiry | Type of Business |
|---|---|---|
| NCO GRP | 09/17/06 | Collection Services |
| EQUIFAX MTG | 04/19/06 | Miscellaneous And Public Record |
| EQUIFAX MTG | 04/11/06 | Miscellaneous And Public Record |

⬆ Back to Top

### Collections

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| | Not Reported | Reported | Not Reported |
| Collector: | | UNITED RESOURCE SYST | |
| Account Number: | | | |
| Date Opened: | | 12/2003 | |
| Balance Date: | | 12/2003 | |
| Balance Amount: | | | |
| Date of Status: | | 12/2003 | |
| Status: | | Open | |

UNITED RESOURCE SYST

10075 W COLFAX AVE

LAKEWOOD, CO 80215
(303) 205-0152

⬆ Back to Top

### Public Records

#### Equifax
**You have no Public Records on file.**

#### Experian
**You have no Public Records on file.**

White000063

**TransUnion**
You have no Public Records on file.

⬆ Back to Top

**Consumer Statement**

**Equifax**
CONSUMER STATEMENT: GLOBAL IS NOT MY AT ALL URSYSTEMS CLOSED THIS ACC 2 YEARS AGO I HAVE A LETTER FRAUD VICTIM. "EXTENDED ALERT". CONSUMER HAS REQUESTED AN ALERT BE PLACED ON THEIR CREDIT FILE. CONSUMER DID NOT PROVIDE ADDITIONAL INFORMATION.

**Experian**
You have no Consumer Statement on file.

**TransUnion**
You have no Consumer Statement on file.

⬆ Back to Top

**Dispute File Information**

The 3-in-1 Credit Report provides a valuable comparative review of your credit report based on information from the three major credit reporting agencies. As you review your 3-in-1 Credit Report, you may find potential inaccuracies in the information provided by one or all of the credit reporting agencies. The information below outlines how you may dispute the information with the appropriate credit reporting company using your 3-in-1 Credit Report.

**Equifax**

**Online**
You may initiate a dispute online for the following information:

> Credit Accounts
> Former address information may only be deleted as requested
> Collection Accounts
> Judgments
> Liens
> Garnishments
> Bankruptcies

You will need your **Confirmation Number:7585885096**
Go to **http://www.myequifax.equifax.com/dispute** to begin an online investigation of information found in your file.

**By Mail**
Write to EQUIFAX INFORMATION SERVICES LLC at P O BOX 740256,ATLANTA,GA-30374

If you would like to dispute or change your **name or date of birth**, you will need to send a copy of your driver's license reflecting this change. If you would like to dispute or change your **current address**, you will need to send a copy of your Driver's License or a utility bill reflecting this change.

If you would like to dispute your **Social Security Number**, you will need to send a copy of your Social Security card or a W-2 form.

You will need your **Confirmation Number: 7585885096**

White000064

Different states have different <u>Disclosure</u> requirements when delivering credit information. Please also see <u>Federal Disclosure</u> requirements.

**By Phone**
To launch an investigation, please call EQUIFAX INFORMATION SERVICES LLC at 1-877-784-2528.

**Experian**

**Online**
Go to **http://www.experian.com/rs/equifaxinvestigations.html** to begin an online investigation of information found in your file. No confirmation number is required.

**TransUnion**

**Online**
Go to **http://www.transunion.com/equifax/investigate** to begin an online investigation of information found in your file. No confirmation number is required.

**By Mail**
Write to TransUnion at P.O. Box 2000, Chester, PA 19022. No confirmation number is required.

Back to Top

White000065