IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD WHITE,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | CIVIL ACTION NO. 09-0162-KD-N |
| **GLOBAL PAYMENTS, INC.,** *et al*, | ) | |
| **Defendants.** | ) | |

### ORDER

On December 2, 2009, plaintiff informed the Court that this case has settled as to defendant Global Payments, Inc., and defendant NDC Check Service, but an additional thirty (30) days were necessary for completion of the final settlement documents.

The remaining defendant, United Resource Systems, Inc., has filed a motion for summary judgment but there are no pending motions involving Global Payments, Inc. or NDC Check Service such that it may be prejudicial or inequitable to dismiss them.  See Reetz v. Jackson, 176 F.R.D. 412, 413 (D.D.C. 1997) (in deciding whether to permit plaintiff to voluntarily dismiss less than all of defendants, the court may consider whether any remaining defendants may be prejudiced).

Therefore, upon consideration and pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** as to these defendants subject to the right of either party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

Provided, however, that nothing herein shall be construed as dismissing plaintiff's claims against the remaining defendant United Resource Systems, Inc.

No other order shall be forthcoming from the court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party shall bear their own costs, expenses, and attorney fees unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this the 8th day of December, 2009.

    s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**